# United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

IN RE:   Carmen J. Gonzalez                    )         Chapter 13
                                               )         Case No. 18 B 35681
Debtor(s)                                      )         Judge Timothy A Barnes

## Notice of Motion

Carmen J. Gonzalez                                       Debtor Attorney: David M Siegel
1724 East 54th Street                                    via Clerk's ECF noticing procedures
Unit E
Chicago, IL  60615

>  Dirksen Federal Building
>  219 South Dearborn
On October 17, 2019 at 9:00 am, I will appear at the location listed to the     >  Courtroom 744
right, and present this motion.                                                 >  Chicago, IL  60604

I certify under penalty of perjury that this office caused a copy of this
notice to be delivered to the persons named above by U.S. mail or by the
methods indicated on or before Tuesday, October 8, 2019.         /s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE

## Motion to Dismiss Case for Failure to Make Plan Payments

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, pursuant to 11 U.S.C. §1307 [c] [6], stating:

On December 28, 2018, the debtor filed a petition under Chapter 13 of the Bankruptcy Code which was confirmed by the Court on April 04, 2019, for a term of 60 months with payments of $2,930.00.

| The status of the debtor's plan is: | Current Month | Cash Due | Cash Received | Payment Default |
|---|---|---|---|---|
| | 10 | $25,860.00 | $17,794.15 | $8,065.85 |

A summary of the 12 most recent receipt items is set forth below:

Report Date: 10/08/2019
Due Each Month: $2,930.00
Next Pymt Due: 10/27/2019

| Date | Ref Num | Amount | Date | Ref Num | Amount |
|---|---|---|---|---|---|
| 01/22/2019 | 600001 | $2,675.00 | 02/05/2019 | 600398 | $1,337.50 |
| 02/22/2019 | 600403 | $1,337.50 | 03/06/2019 | 600411 | $1,337.50 |
| 04/02/2019 | 600418 | $1,337.50 | 04/02/2019 | 600416 | $1,337.50 |
| 04/18/2019 | 3183312 | $1,465.00 | 04/30/2019 | 3185340 | $1,465.00 |
| 05/14/2019 | 3187459 | $1,465.00 | 06/03/2019 | 3189793 | $1,465.00 |
| 06/12/2019 | 3191759 | $1,465.00 | 06/25/2019 | 3193672 | $1,106.65 |

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee                         /s/ MARILYN O. MARSHALL
224 S Michigan Ave                                       MARILYN O. MARSHALL, TRUSTEE
Ste 800
Chicago, IL  60604
(312)431-1300